USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA             :
                                         :        22-MJ-8900
        -against-                       :
                                         :        <u>ORDER</u>
  ELVIS GUERRERO,                       :
                                         :
                   Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the status conference scheduled for November 17, 2022 at 11:00 a.m. is hereby ADJOURNED to **Friday, November 18, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  November 15, 2022
         New York, NY

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**