USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

ELVIS GUERRERO,

                 Defendant.

------------------------------------------------------------- X

22-MJ-8900

ORDER

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for November 18, 2022 at 10:00 a.m. is hereby ADJOURNED to **Thursday, November 17, 2022 at 4:00 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The Government and Pretrial Services are directed to provide the Court and Mr. Guerrero's counsel in advance of the hearing any information they have learned thus far regarding Mr. Guerrero's aunt.

**SO ORDERED.**

Date:  November 16, 2022
       New York, NY

                                            **VALERIE CAPRONI**
                                          **United States District Judge**