UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ELVIS GUERRERO, a/k/a "E,"
JEMYNI TRUE, and
TRENTON MICHAEL JUDKINS,

Defendants.

Case No. 22 Cr. 629 (PKC)

---

## [PROPOSED] ORDER REGARDING BAIL MODIFICATION FOR TRENTON MICHAEL JUDKINS

WHEREAS, on January 9, 2023, U.S. Pretrial Services submitted a memorandum to the Court requesting that a violation hearing be scheduled;

WHEREAS, on January 9, 2023, the Court ordered all parties concerned to appear for a Bail Review Hearing regarding Mr. Judkins' bail, scheduled for January 11, 2023;

WHEREAS, on January 11, 2023, the Court conducted a Bail Review Hearing regarding Mr. Judkins' bail;

WHEREAS, during the Bail Review Hearing, the Government requested that Mr. Judkins' bail conditions be modified to include computer monitoring;

IT IS HEREBY ORDERED that, Mr. Judkins shall participate in an inpatient drug detoxification program at St. Francis Recovery Center, located at 24 Dunn Street, Auburn, Maine 04210;

IT IS FURTHER ORDERED that, Mr. Judkins shall be subject to the following additional bail conditions: (1) computer monitoring of one Internet-enabled device of Mr. Judkins' choosing, which shall contain computer monitoring software as prescribed by Pretrial Services; and (2) password protection of all other Internet-enabled devices in Mr. Judkins' household; and

IT IS FURTHER ORDERED that, St. Francis Recovery Center is authorized to and shall

notify Pretrial Services of any violation by Mr. Judkins of the program's policies by Mr. Judkins and further is authorized to and shall update Pretrial Services of Mr. Judkins' progress in the program.

Dated: New York, New York
January 13, 2023

SO ORDERED.

_____
Hon. P. Kevin Castel
United States District Judge