UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| v. | [PROPOSED] ORDER |
| Elvis Guerrero, and Jemyni True, | 22 Cr. 629 (PKC) |
| *Defendants.* | |

WHEREAS, with defendant Elvis Guerrero's consent, Guerrero's guilty plea allocution to Counts One and Two of the S2 Superseding Indictment (the "Indictment") was made before a United States Magistrate Judge on June 12, 2023;

WHEREAS, with defendant Jemyni True's consent, True's guilty plea allocution to Count Four of the Indictment was made before a United States Magistrate Judge on June 13, 2023;

WHEREAS, transcripts of Guerrero's and True's plea allocutions were made and thereafter were transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that Guerrero and True each entered their respective guilty pleas to the Indictment knowingly and voluntarily and that there was a factual basis for the guilty pleas of Guerrero and True;

IT IS HEREBY ORDERED that the guilty pleas of defendants Guerrero and True are accepted.

**SO ORDERED:**

Dated: New York, New York
       June ___, 2023

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK